# United States Bankruptcy Court
## District of Nevada

Case No. **10–53820–gwz**
**Chapter 7**

In re: (Name of Debtor)
    KIMBERLEE CURTIS PARKER
    3364 SKYLINE VIEW DRIVE
    RENO, NV 89509

Social Security No.:
    xxx–xx–9683

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT KEITH J TIERNEY is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 12/27/10                                      BY THE COURT

                                                                                Mary A. Schott
                                                                                Clerk of the Bankruptcy Court